IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN JEROME JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| J. RODRIGUEZ, *et al.*, | ) |
| | ) |
| Defendant. | ) Civil Action No. 3:21-CV-616-C-BN |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that the Court should summarily dismiss this civil action without prejudice under 28 U.S.C. § 1915(g) unless, within the time frame for the filing of objections, Plaintiff pays the full filing fee of $400.00. Plaintiff has failed to pay the required filing fee and has further failed to file objections to the Magistrate Judge's Findings, Conclusions, and Recommendation.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that Plaintiff's Complaint be **DISMISSED** without prejudice.

SO ORDERED this 26th day of April, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE